In re Mercedes Homes, Inc., et al.
Avoidance Actions - Transfer Detail
Exhibit "A"

| Defendant Name | Payor | Check # | Check Date | Check Clear Date | Check Amount | Vendor Code | Bank Account Number |
|---|---|---|---|---|---|---|---|
| ALLIANCE MATERIALS, INC. | Mercedes Homes Of Texas, Ltd. | 11027725 | 11/30/2008 | 12/5/2008 | $ 43,978.19 | DFWALLMAT | 2330944740 |
| ALLIANCE MATERIALS, INC. | MHI Building Products, LP | 61302413 | 10/31/2008 | 11/5/2008 | $ 24,177.70 | DFWALLMAT | 2330944753 |
| ALLIANCE MATERIALS, INC. | MHI Building Products, LP | 61302518 | 12/30/2008 | 1/6/2009 | $ 22,134.61 | DFWALLMAT | 2330944753 |
| | | | | | | | |
| | | | | Total | $ 90,290.50 | | |